IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED

2024 APR 11 P 1:45

DEPUTY CLERK

**Complaint for a Civil Case**

Brandon M Heacox
Msp 807 Cushing rd Warren M.E. 04864

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

-against-

Bryan Casoway (professional capacity)
Representitive of (wellpath health care company)
Msp 807 Cushing rd Warren M.E. 04864

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Brandon Heacox
   Street Address: 807 Cushing rd
   City and County: Warren M.E.  Knox
   State and Zip Code: 04864  Maine
   Telephone Number: X  603 556 9363 =(My Mother)
   E-mail Address: X

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Bryan Casoway
   Job or Title (if known): Representitive for wellpath healthcare company.
   Street Address: 807 cushing rd
   City and County: Warren  Knox
   State and Zip Code: Maine  04864
   Telephone Number: Unknown
   E-mail Address (if known): Unknown

   Defendant No. 2
   Name: 
   Job or Title (if known): 
   Street Address: 
   City and County:

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

Defendant No. 3

      Name   _____

      Job or Title   _____
      (if known)

      Street Address   _____

      City and County   _____

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

Defendant No. 4

      Name   _____

      Job or Title   _____
      (if known)

      Street Address   _____

      City and County   _____

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

8th Amendment - My right to due proccess owed to me by medical practicioners. Thus Being violated by (Malpractice) - Wellpath staff not following Standards.

14th Amendment - My right to Life - Health, Liberty, and pursuit of happyness. Thus being violated by (malpractice) from wellpath staff failing to follow standards and there for causing me emense pain and suffering. Infringing on my right to (Life) and (Health)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Brandon Heacox, is a citizen of the State of *(name)* Maine.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Bryan Casoway, is a citizen of the State of *(name)* Maine. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50,000 owed to me/plaintif for damages.
$50,000 requested to be paid to me by Bryan Casoway for punitive damages to prevent his company wellpath from continueing to harm people throug staffs malpractices. And his failure to hire competant employees and monitor their work.

### III. Statement of Claim

Please See attached 1 of 4 ↓

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

November of 2023 I was transferd from NH state prison to Maine state prison. My medications were transferd from NH to M.E. I also told Medical that I'm supose to have a Inhaler due to asthma. On December 23rd of 2023, after giving me these meds for 2 weeks or more, Medical staff (Miriam Davidson)(the last person to fill my meds)"forgot" or ignored to refill my medications. I was on and still am (2) strong tranquilizers for Anti-Psychosis, and a strong dose of the opioid medication ~~oxycontin~~ (suboxone.) So for the 23rd, 24th, and 25th I went without (one) of the tranquilizers, and from 23rd, 24th, 25th, and 26th of December 23, I sufferd severe withdrawals from Not having the 2nd tranq and not having the suboxone. 4 days No suboxone. Medical standards allow any patient thats to be off suboxone for any reason to utilyze the "weening" "off" process due to the obviouse pain sufferd from withdrawals of a opioid medication. The adverse reactions from withdrawals of (tranquilizers) is (Inability to sleep) and for 3 days and nights I could not sleep due to this, causing me to be forced into psychosis ontop of suffering from opioid withdrawals. I also had no relief from opioid withdrawals via (sleep) →

Page 2 of 4 [Statement of claim continued]

— When confronted with my begging for my meds, I was met with dissrespect by nursing staff with a (Not my problem) attitude. 4 whole days passed of my (grievance), (sick call), and (Begging) for relief from these sivere withdrawals.

For christmas of 2023, I spent puking in my toilet every meal I was given, laying coverd in sweat but freazing, feeling of being under the worste disease/FLU, or any other sickness I could even Imagine. (These) were in fact, the worste 4 days of my life.

On December 26th, I was finaly given (1) medication at night time. Not Suboxone, but my "Quantipine" tranquilizer. Also known as "Saraquil".

That night I finaly got some relief from sleep. I wake up throughout the night to puke or gag into my steel toilet, and coverd in sweat, shivering cold. The next morning 27th of December 23, I was "FINALY" given my suboxone. And 30 minutes later I felt ALOT better. That night I was given both tranquilizers.

That ends that particular part of the Malpractice.

The Next part refers to my need for a Inhaler due to asthma. I come to Maine state prison, from NH state prison "perscribed a Inhaler" I told medical staff the day in November of 23, that I come here to M.E. that I (NEED) a Inhaler. I told staff (this) for 3 months until I was finaly given a Inhaler in [february of 2024]. I wrote several sick calls from December of 23 to February of 2024 stating/Begging for a Inhaler, and suffering a [sivere Almost Fatal] Asthma attack on January 12th of 24. I mention that on a sick call and I'm forced to go un treated and without a Inhaler for (Another) month! I experienced a asthma attack on January 12th 2024 when a Inmate in the cell next to me —

Page 3 of 4 [Continued]

___ was "peppersprayed". I went into a instant asthma atack. I could not breath at all. I banged on my door, A c.o. told me that "the nurse will be here in a minute to pass out meds so wait."

The nurse did infact come in a moment later, I begged for a inhaler, suffering from obviouse lack of breath, She looked into her cart, and said ["I have no inhaler for you, I'm sorry but theres nothing I can do."] I panicked. I literaly almost died. I layd on my bed and literaly (passed out) from [efixiation.] I wake up a hour later, fine, and no one came to check on me. I started then to feel like I was literaly living in HELL, where the medical staff can do, or not do whatever they want.

Obviouse medical standards prevent patiants from having to suffer from (Nurse/perscriber/prewiders) "failures" to Re order meds I'm supose to get. (Especialy a No-Miss opioid like suboxone.)

A standard to compare (If even needed) is – Code of M.E. Rule–10. Department of heath and human services –(144– General chapter,) "Rules governing the reporting of sentinel events. Ref s & Annos. Apendix A NQF 2011 list of (Serious Reportable events.)

4. Event – Care Management – $ Events — A. Patient death or (seriouse injury) associated with a medication error. (eg. errors involving the wrong drug [Wrong Rate] [wrong dose] wrong patient, wrong time, wrong preperation, or wrong route of administration.)

[Wrong rate being (4) consistent missed days/doses, and wrong dose being 0mg when should have been 16 suboxone, 50 mg saraqwl, and 7.5 Remeron, as well as a elbuseral inhaler.] (Thus causing seriouse injuries via–opioid and tranqwlizer withdrawals, and a near fatal asthma atack without a inhaler.)

continued →

Page 4 of 4 [continued]

Additional specifications from the same standards/sentinel events C: Drug interactions for which there is a <u>known</u> potential for death or (serious injury). Via 1: Known need/script of opioid medication, and common knowledge, especially medical knowledge that withdrawals from that would be (seriously painful.) Via 2: Known need of a inhaler, and obvious potential for not only a (near or fatal) asthma attack, but even (after a near fatal asthma attack) is reported to continue to ignore my need for a inhaler.

Implementation guidelines: Occurrences where a patient dies or suffers a serious injury as a [result of failure to administer a perscribed medication] Via 1: Suboxone and tranquilizers and via 2: failure to administer a inhaler in a timely manner causing seriously painfull and scary asthma attack.

Applicable settings: (Long-term-health care facilities.)

So, if (these) count as (serious injuries) to health and human services for health care patients, why would these not be serious injuries to (me) in a (long term health care facility) via prison, and recieving medical care here? Do the standards that force medical staff to (prevent) these [injuries/sentinel events] not apply to me? Am I treated with more harm because I am a prisoner.

I have evidence of complete grievence processes, the commissioners answers and demands to stop grievving, and evidence of sick calls begging for inhaler for over 3 months and notifying them of my asthma attack.

Under penalty of purgery I Brandon Heacox swear the above statements are TRUE.

Brandon Heacox
4/8/24.

SUPPORT STATEMENT Appeared in packet.

(Additional statement) in support of reason for sueing Mr Bryan Casoway.

I spent many requests from medical for people to take responsibility for my injuries within (Wellpath's staff).
I couldnt get a answer from Miriam Davidson, the provider responsible for failure to (Refill)/(Reorder) my meds.
I couldnt get the grievence process to work. No nurses would answer me. → meeting an → (on March 28th 2024) ↓
Then upon my demand to "well path administration" to compinsate me for a Mere $4,000 aprox, A Man by the name of "Bryan Casoway" came to Maine state prison to speak with me.
He told me he represented the prisons (wellpath) Ferm. He also said he wouldn't be giving me any money. We had a brief debate about the missing medications, and I asked him (so, If I sue wellpath, I can sue you as the Representative of this branch?)
To which he answerd, (Yes, thats your right.) Again to make sure I said (so you personaly are responsible for well paths staff?)
To which he said (Most certainly.)

So for this very reason, I am to now hold Mr Casoway responsible for failure to hire compitant employees, and failure to manage/over see their work to prevent Malpractice.
There for, Mr Casoway is the Defendant, being sued by me in his proffessional capacity.